UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEPHEN LEE CHOATE,<br><br>    Plaintiff,<br><br>    v.<br><br>NEVADA ATTORNEY GENERAL, *et al.*,<br><br>    Defendants. | Case No. 2:16-cv-00813-RFB-GWF<br><br>ORDER TO PRODUCE<br>STEPHEN LEE CHOATE, #1138436 |

TO:    DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:    BRIAN E. WILLIAMS, SR., SOUTHERN DESERT CORRECTIONAL CENTER
        INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **STEPHEN LEE CHOATE, #1138436,** is presently in custody of the Nevada Department of Corrections, located at Southern Desert Correctional Center, Indian Springs, Nevada.

**IT IS ORDERED** that the Warden of Southern Desert Correctional Center, or his designee, shall transport and produce **STEPHEN LEE CHOATE, #1138436,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7D, in Las Vegas, Nevada, on or about **Tuesday, January 24, 2017, at the hour of 3:30 PM**, to attend the a hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **STEPHEN LEE CHOATE, #1138436**, is released and discharged by the said Court; and that the said **STEPHEN LEE CHOATE,**

**#1138436** shall thereafter be returned to the custody of the Warden, Southern Desert Correctional Center, Indian Springs, NV, under safe and secure conduct.

**DATED** this 18th day of January, 2017.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**