**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 17 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS 

| | |
|---|---|
| In re: STEPHEN LEE CHOATE.<br>_____<br><br>STEPHEN LEE CHOATE,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS,<br><br>Respondent,<br><br>WILLIAMS, Warden and ATTORNEY GENERAL FOR THE STATE OF NEVADA,<br><br>Real Parties in Interest. | No. 18-71706<br><br>D.C. No.<br>2:16-cv-00813-RFB-GWF<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Before: TASHIMA, SILVERMAN, and GRABER, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

No further filings will be entertained in this closed case.

**DENIED.**

IHP/MOATT