# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEPHEN LEE CHOATE,

    Petitioner,

v.

NEVADA ATTORNEY GENERAL, et al.,

    Respondents.

Case No. 2:16-cv-00813-RFB-GWF

**ORDER**

This habeas matter is before the Court on Petitioner's Motion for Reconsideration (ECF No. 141). Also before the Court is Respondents' Motion for Enlargement of Time (ECF No. 147).

In March 2021, the Court found good cause to grant Respondents' motion for enlargement of time to respond to or otherwise answer the second amended petition. ECF No. 140. Petitioner requests that the Court reconsider its order granting a 60-day extension of time and argues that a 30-day extension is reasonable. Petitioner's motion lacks merit and the Court denies his motion for reconsideration.

Good cause appearing, the Court grants Respondents' request for an additional 30 days to file their reply to Petitioner's opposition to Respondents' motion to dismiss. Respondents have until July 9, 2021 to file their reply.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Reconsideration (ECF No. 141) is DENIED.

**IT IS FURTHER ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 147) is GRANTED.

DATED this 28th day of June 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE