UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

STEPHEN CHOATE,

        Petitioner,

v.

NEVADA ATTORNEY GENERAL, et al.,

        Respondents.

Case No. 2:16-cv-00813-RFB-GWF

**ORDER TO PRODUCE FOR VIDEOCONFERENCE STEPHEN LEE CHOATE, #1138436**

TO:    WILLIAM HUTCHINGS, WARDEN, SOUTHERN DESERT CORRECTIONAL CENTER, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **STEPHEN LEE CHOATE, #1138436**, is presently in custody of the Nevada Department of Corrections, located at Southern Desert Correctional Center, Indian Springs, Nevada..

**IT IS HEREBY ORDERED** that the Warden of Southern Desert Correctional Center, or his designee, shall arrange for and produce **STEPHEN LEE CHOATE, #1138436,** on or about February 7, 2022, at the hour of 9:00 am., for a **videoconference motion hearing** by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **STEPHEN LEE CHOATE, #1138436,** is released and discharged by the said Court; and that **STEPHEN LEE CHOATE, #1138436,** shall thereafter be returned to the custody of the Warden, Southern Desert Correctional Center, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this <u>2nd</u> day of February, 2022.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**